No. 338. ROYAL-GLOBE INSURANCE COMPANY and another, Appellants, v. DEPARTMENT OF INDUSTRY, LABOR & HUMAN RELATIONS and others, Respondents.

(Also reported in 224 N. W. 2d 216.)

The cause was submitted for the appellants on the brief of *L. E. Sheehan* and *Moen, Sheehan & Meyer, Ltd.,* all of La Crosse; and for the respondent Department of Industry, Labor & Human Relations on the brief of *Robert W. Warren,* attorney general, and *Stephen M. Sobota,* assistant attorney general.

Judgment affirmed.